**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**
          **Plaintiff,**

    **v.**                                                    **Case Number 2:26-CR-113 (4) & (7)**
                                                            **Judge Edmund A. Sargus, Jr.**

**TYCEN JAMES PROPER(4)**
**and**
**CHANDLER DYLAN SCAGGS(7)**
          **Defendants.**

---

**TAKE NOTICE**  that a proceeding in this case has been set for the place, date and time set forth below:

Place:    United States District Court
          Joseph P. Kinneary U.S. Courthouse        **Courtroom Number 311**
          85 Marconi Boulevard                      **July 16, 2026 at 9:30 a.m.**
          Columbus, Ohio 43215

TYPE OF PROCEEDING: **Arraignment on Indictment**

If the Defendant is on bond, it is the responsibility of counsel to notify the defendant of the hearing, date, location and time.

    **EDMUND A. SARGUS, JR.**
    **UNITED STATES DISTRICT JUDGE**

DATE:   July 10, 2026

      /s /   Christin M. Werner
    (By) Christin M. Werner, Deputy Clerk