**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

        **v.**                        **Case Number 2:26-CR-113**
                                    **Judge Edmund A. Sargus, Jr.**

**TYCEN JAMES PROPER(4)**
    **and**
**CHANDLER DYLAN SCAGGS(7),**
    **Defendants.**

# Arraignment on Indictment
## Thursday, July 16, 2026
## before Judge Edmund A. Sargus, Jr.

For Plaintiff: David Twombly
For Defendant Tycen James Proper: Joseph Patituce
For Defendant Chandler Dylan Scaggs: Eric Brehm
Court Reporter: Crystal Hatchett
Courtroom Deputy: Christin Werner

The defendants' entered pleas of not guilty to counts 1-2 and the Forfeiture Allegation in the Indictment.
Jury Trial scheduled for 9/14/2026.